UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 15-05565 DDP (AJWx)                               Dated: September 15, 2015

Title:   GABRIEL AVILES, an individual; F.A., an individual by and through his Guardian Ad Litem DAISY RUIZ; ANTHONY AVILES, an individual and DAISY RUIZ, an individual -v- DOLLAR TREE STORES, INC., a corporation; GREENBRIER INTERNATIONAL, INC., a corporation
==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

   John A. Chambers                                    None Present
   Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                 None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** the MOTION TO REMAND (**DOCKET NUMBER 7**) set for September 21, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.

MINUTES FORM 11                                         Initials of Deputy Clerk: JAC
CIVIL -- GEN